No. 28. H. C. HAAS *v.* L. GREENWALD AND WALTER W. STEVENS. Error to the Supreme Court of the State of California. Argued October 14, 1927. Decided October 24, 1927. *Per Curiam.* Affirmed on the authority of *Bratton* v. *Chandler*, 260 U. S. 110, 115. *Mr. Jeremiah F. Sullivan* for plaintiff in error, submitted. *Mr. Nathan W. MacChesney*, with whom *Mr. Wm. F. Humphrey* was on the brief, for defendants in error.

———

No. 31. NEW YORK CENTRAL RAILROAD COMPANY *v.* WHEELING CAN COMPANY. On writ of certiorari to the Supreme Court of Appeals of the State of West Virginia. Argued October 14, 1927. Decided October 24, 1927. Reversed on the authority of *United States* v. *St. Louis, San Francisco and Texas Ry. Co.*, and *United States* v. *Wabash Ry. Co.*, 270 U. S. 1, 3; and the cause remanded to the said Supreme Court of Appeals for further proceedings. *Mr. Joseph R. Curl*, with whom *Mr. John C. Palmer* was on the brief, for petitioner. No appearance for respondent.